# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TRAVIS R. REEVES, | : | Case No. 3:21-cv-3 |
| | : | |
|     Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
|     Defendant. | : | |

---

## ORDER

---

This case is before the Court on the Motion to Withdraw as Counsel filed by Plaintiff's counsel, Caroline Gentry.  (Doc. #14).  In accordance with S.D. Ohio Civ. R. 83.4(c)(2), counsel served a copy of the Motion on Plaintiff.  Because the Court "will not ordinarily grant a motion for leave to withdraw until the client has been given an opportunity to respond to the motion[,]" S.D. Ohio Civ. R. 83.4(c)(4), the Court **ORDERS** Plaintiff to file any response to counsel's Motion to Withdraw on or before **September 29, 2021**.  Should Plaintiff not respond, the Court may grant the Motion as unopposed.  Plaintiff's counsel of record is **ORDERED** to send a copy of this Order to Plaintiff forthwith via mail and, if possible, email.

    **IT IS SO ORDERED.**

September 9, 2021                      *s/Peter B. Silvain, Jr.*

                                            Peter B. Silvain, Jr.
                                            United States Magistrate Judge