IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRAVIS R.,

    Plaintiff,                                                Case No. 3:21-cv-3

vs.

COMMISSIONER OF THE SOCIAL          District Judge Michael J. Newman
SECURITY ADMINISTRATION,             Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 23); (2) AFFIRMING THE ALJ'S NON-DISABILITY FINDING; AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

       This Social Security appeal is before the Court on the Report and Recommendation issued by United States Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 23), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Judge Silvain recommended that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed.  Neither party objected to the Report and Recommendation.

       Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation should be adopted.  Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED** in full (Doc. No. 23); (2) the ALJ's non-disability finding is **AFFIRMED**; and (3) this case is **TERMINATED** on the docket.

       **IT IS SO ORDERED.**

Date:  July 25, 2022                                  s/ Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge